UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THERESA CISNEROUS, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01455-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(ECF Nos. 5 & 12) |

David Wilson ("Plaintiff") is a state prisoner proceeding *pro se* with this action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 22, 2021, Plaintiff filed a motion for injunctive relief, asking that he and other prisoners be immediately release from prison. (ECF No. 5). On October 4, 2021, the assigned magistrate judge entered findings and recommendations, recommending "that Plaintiff's motion for injunctive relief (ECF No. 5) be DENIED." (ECF No. 12, p. 3).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. On October 18, 2021, Plaintiff filed his objections. (ECF No. 13).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

\\\

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on October 4, 2021, are ADOPTED IN FULL; and
2. Plaintiff's motion for injunctive relief (ECF No. 5) is DENIED.

IT IS SO ORDERED.

Dated:  October 19, 2021

SENIOR DISTRICT JUDGE