**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID W. WILSON,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**THERESA CISNEROUS, et al.,**<br><br>      **Defendants.** | **CASE NO. 1:21-cv-01455-AWI-EPG (PC)**<br><br>**ORDER DENYING AMENDED MOTION FOR RECONSIDERATION**<br><br>(Doc. No. 21) |

Plaintiff David W. Wilson is a state prisoner proceeding pro se with this action.

On December 6, 2021, Plaintiff filed a motion for reconsideration. Doc. No. 18. On December 8, 2021, the Court denied Plaintiff's motion and dismissed this action. Doc. No. 19. On December 13, 2021, Plaintiff filed an amended motion for reconsideration, which is now before the Court. Doc. No. 21.

Plaintiff's amended motion suffers from the same defect as his original reconsideration motion. That is, Plaintiff has amended his motion to include additional evidence regarding things that occurred in December 2021, but he does not explain how this new evidence shows that he was in imminent danger at the time he filed this action. Thus, for the reasons described in the order denying Plaintiff's original reconsideration motion, the Court will also deny the amended motion.

///

///

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended motion for reconsideration (Doc. No. 21) is DENIED; and
2. This case remains closed.

IT IS SO ORDERED.

Dated:   December 17, 2021

SENIOR DISTRICT JUDGE